**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

FLOR DE MARIA PALACIOS MEJIA,

Petitioner,

v.

OFFICER IN CHARGE, ETC., *et al.*,

Respondents.

Case No. 5:26-cv-05011-JWH-E

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein, and the Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a *de novo* review of those portions of the Report and Recommendation to which any objections have been made. Good cause appearing therefor, the Court hereby **ORDERS** as follows:

1. The Report and Recommendation is **ACCEPTED** and **ADOPTED**.

2. Judgment shall be entered **GRANTING** the Petition **in part** and:

   a. **DIRECTING** Respondents to release Petitioner Flor De Maria Palacios Mejia (A# 241-366-826) from detention forthwith, subject to the conditions of Mejia's previous supervision; and

   b. **ENJOINING** Respondents from any further re-detention of Mejia absent at least seven (7) days' notice and a pre-deprivation bond hearing before a neutral decisionmaker at which the Government bears the burden of proving, by clear and convincing evidence, that Mejia is an unacceptable danger to the community or an unacceptable flight risk.

3. The Clerk is **DIRECTED** forthwith to serve a copy of this Order, the Magistrate Judge's Report and Recommendation, and the Judgment herein on Mejia and on counsel for Respondents.

**IT IS SO ORDERED.**

Dated: October 6, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE