JS-6

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FLOR DE MARIA PALACIOS MEJIA,<br>Petitioner,<br>v.<br>OFFICER IN CHARGE, ETC., *et al.*,<br>Respondents. | Case No. 5:26-cv-05011-JWH-E<br><br>**JUDGMENT** |

Pursuant to the "Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge" entered substantially contemporaneously herewith, and in accordance with Rule 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

1. The Petition is granted in part.

2. Respondents are **DIRECTED** to release Petitioner Flor De Maria Palacios Mejia (A# 241-366-826) from detention forthwith, subject to the conditions of Mejia's previous supervision.

3. Respondents are **ENJOINED** from any further re-detention of Mejia absent at least seven (7) days' notice and a pre-deprivation bond hearing before a neutral decisionmaker at which the Government bears the burden of proving, by clear and convincing evidence, that Mejia is an unacceptable danger to the community or an unacceptable flight risk.

4. To the extent that any party requests any other form of relief, such request is **DENIED**.

**IT IS SO ORDERED.**

Dated: October 6, 2026

John W. Holcomb
UNITED STATES DISTRICT JUDGE